UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DARA SHOFFNER, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:10-CV-406-FL
)
TALECRIS BIOTHERAPEUTICS, INC. )
and ALDO PEREZ, in his official )
and individual capacity, )
)
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 16, 2012, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 17, 2012, and Copies To:**

Janet J. Lennon (via CM/ECF Notice of Electronic Filing)
Phillip J. Strach (via CM/ECF Notice of Electronic Filing)

February 17, 2012                DENNIS P. IAVARONE, CLERK
                                       /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk